UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

QUALITY RESOURCES, INC.,

    Plaintiff,

vs.                                              CASE NO. _____

SIGNATURE AGENCY, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Signature Agency, Inc. ("Signature") hereby gives notice of removal of this action from the Circuit Court of Pinellas County, Florida, in which court this action is pending, to the United States District Court for the Middle District of Florida, Tampa Division, being the district and division in which the action is pending. In support of this Notice of Removal, Signature states the following:

### PROCEDURAL BACKGROUND

1.     On or about October 27, 2004, Plaintiff filed a Complaint ("Complaint") in the Circuit Court of Pinellas County, Florida, Case No. 04007672CI-19, against Signature. *See* Complaint (attached hereto).

JORDEN BURT LLP

2. On November 5, 2004, the Summons and Complaint was served on Signature. Thus, this notice of removal is timely filed within thirty days after receipt of the Summons and Complaint by Signature, pursuant to 28 U.S.C. § 1446(b).

3. The Plaintiff alleges that it entered into a Marketing Agreement (the "Contract") with Signature to provide marketing services for Signature's products. Complaint ¶ 7. Plaintiff further alleges that Signature improperly terminated the Contract and that Signature owes it compensation under the Contract. *Id.* at ¶¶ 14-15. Plaintiff asserts claims for breach of contract, breach of an implied covenant of good faith and fair dealing, and breach of fiduciary duty. *Id.* at ¶¶ 20, 24, 28.

4. Signature is the sole defendant in the Complaint. The consent of no other person or entity is required for this notice of removal.

## DIVERSITY JURISDICTION EXISTS

5. This Court has original jurisdiction over the claims asserted by Plaintiff against Signature under 28 U.S.C. § 1332 because Plaintiff's claims present a controversy between parties of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this case is removable under 28 U.S.C. § 1441(a).

6. Complete diversity is present between Plaintiff and Signature. At the time of filing the Complaint, at the time of removal, and at all intervening times, the Plaintiff is, and has been, incorporated under Florida law, and maintains its principal place of business in Florida. *See* Complaint ¶ 3. Thus, Plaintiff is a citizen of Florida. 28 U.S.C.

§ 1332(c)(1). In addition, Signature is incorporated in the State of Delaware and maintains its principal place of business in the State of Illinois. At the time of filing the Complaint, at the time of removal, and at all intervening times, Signature is, and has been, a citizen of Delaware and Illinois. 28 U.S.C. § 1332(c)(1).

7. The amount in controversy requirement has been satisfied because Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. Plaintiff alleges that Signature has not paid Plaintiff compensation purportedly owed under the Contract. In particular, Plaintiff believes that Signature should have submitted to Plaintiff payments in the amounts of $338,956.90 and $289,548.20. Additionally, more than $75,000, exclusive of interest and costs, is in dispute with regard to the purportedly improper early termination of the Contract. Accordingly, the amount in controversy in this case exceeds $75,000, exclusive of interest and costs.

## ALL ADDITIONAL REMOVAL REQUIREMENTS HAVE BEEN MET

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed and served in this case is attached to this Notice of Removal.

9. Contemporaneously with the filing of this Notice of Removal, written notice has been served upon the Plaintiff through its counsel of record and a copy of this Notice of Removal has been filed with the Clerk of the Florida Circuit Court of Pinellas County. 28 U.S.C. § 1446(d).

JORDEN BURT LLP

10. Signature reserves the right to file additional support for this Notice of Removal by way of affidavits, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and legal argument.

Respectfully submitted,

JORDEN BURT LLP
777 Brickell Avenue, Suite 500
Miami, Florida 33131-2803
Telephone: (305) 371-2600
Facsimile: (305) 372-9928

By: _____
Frank G. Burt
Florida Bar No. 197963
Stephan I. Voudris
Florida Bar No. 135542

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by U.S. Mail, first class postage prepaid, to the following counsel on this 30th day of November, 2004:

Richard W. Epstein
GREENSPOON, MARDER, HIRSCHFELD,
RAFKIN, ROSS & BERGER, P.A.
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309

_____

132944